UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20502-MGC

VICTOR ARIZA,

    Plaintiff,

vs.

TARCO PROPERTIES, LLC.,
d/b/a VALUE STORE IT SELF STORAGE,

    Defendant.
_____/

## **NOTICE OF SETTLEMENT**

    The Parties, by and through undersigned counsel, hereby notify the Court that they have reached a settlement in this matter. The Parties anticipate filing a stipulation for dismissal with prejudice upon the execution of a written settlement agreement, which they anticipate will take place in the next 10 days.

Dated: March 17, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/*Joshua M. Entin* | /s/ Roderick V. Hannah |
| JOSHUA M. ENTIN, ESQ. | RODERICK V. HANNAH, ESQ. |
| Fla. Bar No. 493724 | Florida Bar No. 435384 |
| Josh@entinlaw.com | rhannah@rhannahlaw.com |
| ENTIN LAW GROUP, P.A. | RODERICK V. HANNAH, P.A. |
| 633 South Andrews Avenue, Suite 500 | 8751 West Broward Blvd., Suite 303 |
| Fort Lauderdale, Florida 33301 | Plantation, Florida 33324 |
| Telephone: (954) 761-7201 | Telephone Number: 954-362-3779 |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specific, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Joshua M. Entin*
Joshua M. Entin, Esq.

## SERVICE LIST

*ARIZA v. TARCO PROPERTIES LLC.*
**United States District Court, Southern District of Florida
Case No: 20-cv-20502-MGC**

Roderick V. Hannah, Esquire
Roderick V. Hannah, P.A.
8751 West Broward Blvd., Suite 303
Plantation, Florida 33324
Telephone Number: 954-362-3779
E-Mail: rhannah@rhannahlaw.com
Via CM/ECF Notice of Electronic Filing
*Counsel for the Plaintiff*

Pelayo M. Duran, Esquire
Law Office of Pelayo Duran, P.A.
4640 N.W. 7th Street
Miami, Florida 3126-2309
Telephone Number: 305-266-9780
E-mail: duranandassociates@gmail.com
Via CM/ECF Notice of Electronic Filing
*Counsel for the Plaintiff*