UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20502-MGC

VICTOR ARIZA,

    Plaintiff,

vs.

TARCO PROPERTIES, LLC.,
d/b/a VALUE STORE IT SELF STORAGE,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), Plaintiff VICTOR ARIZA and Defendant TARCO PROPERTIES, LLC., hereby stipulate to the dismissal of this action WITH PREJUICE, which each side bearing its own attorney's fees and costs.

DATED this 19th day of March 2020.

Dated: March 19, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/*Joshua M. Entin* | /s/ *Roderick V. Hannah* |
| JOSHUA M. ENTIN, ESQ. | RODERICK V. HANNAH, ESQ. |
| Fla. Bar No. 493724 | Florida Bar No. 435384 |
| Josh@entinlaw.com | rhannah@rhannahlaw.com |
| ENTIN LAW GROUP, P.A. | RODERICK V. HANNAH, P.A. |
| 633 South Andrews Avenue, Suite 500 | 8751 West Broward Blvd., Suite 303 |
| Fort Lauderdale, Florida 33301 | Plantation, Florida 33324 |
| Telephone: (954) 761-7201 | Telephone Number: 954-362-3779 |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specific, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Joshua M. Entin*
Joshua M. Entin, Esq.

## *SERVICE LIST*

*ARIZA v. TARCO PROPERTIES LLC.*
**United States District Court, Southern District of Florida**
**Case No: 20-cv-20502-MGC**

Roderick V. Hannah, Esquire
Roderick V. Hannah, P.A.
8751 West Broward Blvd., Suite 303
Plantation, Florida 33324
Telephone Number: 954-362-3779
E-Mail: rhannah@rhannahlaw.com
Via CM/ECF Notice of Electronic Filing
*Counsel for the Plaintiff*

Pelayo M. Duran, Esquire
Law Office of Pelayo Duran, P.A.
4640 N.W. 7th Street
Miami, Florida 3126-2309
Telephone Number: 305-266-9780
E-mail: duranandassociates@gmail.com
Via CM/ECF Notice of Electronic Filing
*Counsel for the Plaintiff*